IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORINA ZIRK,

    Plaintiff,

v.

NATIONSTAR MORTGAGE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-448-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nationstar Mortgage against plaintiff Corina Zirk granting defendant's motion for summary judgment and dismissing plaintiff's claims.

| s/ K. Frederickson, Deputy Clerk | August 8, 2017 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |